■ In the Matter of KENNETH INGENITO, Respondent, v LUCIEN H. CONKLIN et al., Appellants. — Order and judgment (one paper) of the Supreme Court, Rockland County (Kelly, J.), entered April 9, 1982, affirmed, without costs or disbursements (see *Abate v Mundt,* 25 NY2d 309, affd 403 US 182). Mollen, P. J., Weinstein, Brown and Rubin, JJ., concur. [113 Misc 2d 420.]